FILED
JAN 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re Subpoena in

<u>In Re M.F.</u>,

CASE NUMBER 1:07MS00023

JUDGE: Ricardo M. Urbina

DECK TYPE: Miscellanous

DATE STAMP: 01/18/2007

## NOTICE OF REMOVAL OF A CIVIL ACTION

The United States Marshals Service, through the undersigned attorneys, and on behalf of the Custodian of Records of the U.S. Marshals Service, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1), 1446 and <u>Brown & Williamson Tobacco Corp.</u> v. <u>Williams</u>, 62 F.3d 408, 412-415 (D.C. Cir. 1995). In support of that notice, the following facts are relied upon:

1. The Office of the United States Attorney for the District of Columbia is in receipt of a subpoena purportedly issued under authority of the Superior Court of the District of Columbia in a family court matter now pending in Superior Court of the District of Columbia, purportedly issued pursuant to Superior Court Juvenile Rule 17.

2. Copies of the Subpoena and accompanying correspondence are attached. <u>See</u> Exhibit 1 (Subpoenas with attached Letter dated January 16, 2007).

3. The subpoena purports to direct the Custodian of Records of the United States Marshals Service to appear at January 18, 2007 at 11:00 a.m., to testify and produce "any and all records relating to a shooting of M.F. on January 3, 2007. . . ." <u>Id</u>.

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## FAMILY COURT

IN FORMA PAUPERIS

**SUBPOENA**

In re M.F.

~~vs.~~

**SUBPOENA DUCES TECUM**

CASE NO: __J-103-07__

To: Custodian of Records, U.S. Marshal Service
Washington, D.C. 20530-1000

SOCIAL FILE NO: __218830__

YOU ARE ORDERED to appear to give testimony in this case on __18th__ day of __January__, 20 __07__ at __11:00__ A.M./P.M.

☑ In Courtroom __JM-15__ of the SUPERIOR COURT, 500 Indiana Avenue, N.W., Washington, D.C.

☐ In Room _____ of _____ Hospital, _____ Washington, D.C.

☑ YOU ARE FURTHER ORDERED to bring with you and produce the following documents or objects: any and all records relating to the shooting of M.F. on January 3, 2007, including but not limited to police reports, field notes, use-of-force investigation reports, video tapes, ~~radio transmissions, press releases, and any communications with the Metropolitan Police~~ Department, the U.S. Attorney's Office or the Office of the Attorney General; and any and all documents relating to guidelines for the use of deadly force by US Marshals, including ~~but not limited to training materials and general orders.~~

This subpoena has been requested by:
☐ The Office of the Corporation Counsel, 4th & 5th Floors, 441 Fourth Street, N.W.
☐ The Commission on Mental Health, Room 4475, 500 Indiana Avenue, N.W.
☑ The Attorney for the ~~plaintiff~~/respondent: Matthew Mazur (PDS)
633 Indiana Ave., NW, Washington, D.C. 20004

Telephone number of requesting party: (202) 824-2548

The following information is required in juvenile cases only:
Alleged violation: _____
Arresting Officer's Name: _____
Arrest Date: _____, 20 _____    Youth I.D. No: _____

**BRING THIS SUBPOENA WITH YOU. YOU MAY NOT LEAVE WITHOUT THE COURT'S PERMISSION**

Clerk of the Superior Court of the District of Columbia

Date: __January 17__, 20 __07__    /s/ Watson    Deputy Clerk

EXHIBIT 1

White - Court File    Canary - US Marshal's Return    Pink - S Marshal's Information    Goldenrod - Req
FD-722/Jan 03

# PUBLIC DEFENDER SERVICE
### FOR THE DISTRICT OF COLUMBIA

**BOARD OF TRUSTEES**

CYNTHIA D. ROBBINS
  CHAIRPERSON
JO-ANN WALLACE
  VICE CHAIRPERSON
THOMAS L. BOWEN
EMILIO W. CIVIDANES
CLAIRE M. JOHNSON
HANNAH JOPLING
KARL A. RACINE
JEFFREY D. ROBINSON
DONALD R. VEREEN, JR.
ROBERT L. WILKINS

633 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

(202) 628-1200
(800) 341-2562
TTY (202) 824-2531
FAX (202) 824-2784

www.pdsdc.org

AVIS E. BUCHANAN
DIRECTOR

PETER KRAUTHAMER
DEPUTY DIRECTOR

January 16, 2007

Attn: Gerald M. Auerbach, General Counsel
United States Marshal Service
Washington, D.C. 20530-1000

**BY FAX: (202) 307-8544**

Dear Mr. Auerbach:

    I am writing to request, pursuant to the attached subpoena duces tecum, certain records relating to a shooting by U.S. Marshals on January 3, 2007, in the 4200 block of 4th St., S.E., Washington, D.C. During the course of an eviction in that area, U.S. Marshals shot my client, M.F., who now faces juvenile and criminal charges stemming from the incident. Records relating to the eviction and the shooting are material to M.F.'s defense.

    First, I am requesting any and all records in the possession of the U.S. Marshal Service relating to the shooting of M.F. This request includes, but is not limited to, police reports, field notes, use-of-force investigation reports, video recordings, recorded radio transmissions, press releases, and any communications with the Metropolitan Police Department, the U.S. Attorney's Office or the Office of the Attorney General for the District of Columbia.

    Second, I am requesting any and all documents relating to guidelines for the use of deadly force by U.S. Marshals. This request includes, but is not limited to, training materials and general orders.

    Superior Court Juvenile Rule 17 authorizes the issuance of the subpoena duces tecum in this case. While I do not believe that the Touhy regulations, 28 C.F.R. §§ 16.21 – 16.29, have any application in juvenile or criminal matters, I have provided this letter notifying you of my

4. Accompanying this notice is a copy of a motion titled Motion To Quash, which raises defenses relying on federal law and raising federal questions.

5. This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, 1442(a), 1446 and <u>Brown & Williamson Tobacco Corp.</u> v. <u>Williams</u>, 62 F.3d 408, 412-415 (D.C. Cir. 1995).

WHEREFORE, this subpoena matter is properly removed from the Superior Court of the District of Columbia, to this Court.

Respectfully submitted,

*/s/ Jeffrey A. Taylor*
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

*/s/ Rudolph Contreras*
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

*/s/ W. Mark Nebeker*
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

demand and stating with specificity the information requested. You should note that this prosecution is not being conducted by the U.S. Attorney's Office but by the Attorney General for the District of Columbia. I have copied the Civil Section of the U.S. Attorney's Office for the District of Columbia on this letter to eliminate any delay occasioned by your desire to notify that office pursuant to 28 C.F.R. § 16.22(b).

As you can see from the attached subpoena, we have a hearing scheduled tomorrow, January 18, 2007, at 11:00 a.m., in D.C. Superior Court, courtroom JM-15. I recognize that this request is being made on short notice, so I will follow up with this request this afternoon. Please do not hesitate to contact me at (202) 824-2548 with any questions relating to this request. Thank you for your attention to this matter.

Yours truly,

Matthew L. Mazur
Counsel for M.F.
Public Defender Service
633 Indiana Ave., N.W.
Washington, D.C. 20004
Tel: (202) 824-2548
Fax: (202) 824-2668
E-mail: mattmazur@pdsdc.org

Copy to:

Civil Division
United States Attorney's Office
555 Fourth St., N.W.
Washington, D.C. 20530
FAX: (202) 514-8780

Matthew L. Mazur
T (202) 824-2548
F (202) 824-2668



# Fax

| To: | United States Attorney's Office | From: | Matthew L. Mazur |
|---|---|---|---|
|  | Attn: Civil Division |  |  |
| Fax: | (202) 514-8780 | Pages: | (including cover) 4 |
| Phone: | (202) 616-3517 | Date: | January 17, 2007 |
| Re: | In re M.F., J-103-07 | CC: |  |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Confidentiality Notice: The information contained in this communication or in any attachments is intended only for the use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not an intended recipient of this communication, you are hereby notified that any dissemination, distribution, or copying of this communication or any attachments is strictly prohibited. If you have received this communication in error, please notify the sender and destroy the communication and any attachments immediately. You should not retain, copy, use or disclose to any other person any part of this communication or of any attachments for any purpose. Thank you.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Notice of Removal of a Civil Action has been made by mailing and faxing copies thereof to:

Matthew Mazur
Public Defender Service
633 Indiana Ave., N.W.
Washington, DC  20004
824-2548
fax: 824-2668

and

Barbara Chesser
Assistant Attorney General
  for the District of Columbia
Juvenile Section
441 4th Street 450 North
Washington, DC  20001
727-3500
fax: 727-3745

on this 18th day of January, 2007.

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.,
Civil Division
Washington, DC  20530
(202) 514-7230

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Family Court

Subpoena matter in <u>In Re M.F.</u>,         )
                                              )
                                              )
                                              )   Case No. J-103-07
                                              )
                                              )
                                              )

NOTICE OF FILING OF NOTICE OF REMOVAL OF A CIVIL ACTION

To: M.F.
c/o Matthew Mazur
Public Defender Service
633 Indiana Ave., N.W.
Washington, DC  20004
fax: 824-2668

and

Barbara Chesser
Assistant Attorney General
   for the District of Columbia
Juvenile Section
441 4th Street 450 North
Washington, DC  20001
fax: 727-3745

PLEASE TAKE NOTE that on January 17, 2007, the Custodian of Records of the U.S. Marshals Service, through counsel, filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal in the above captioned subpoena matter, pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446. The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." <u>See</u> 28 U.S.C. §

1446(d). A copy of the Notice of Removal (and attachments) are attached hereto.

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/ W. Mark Nebeker
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Filing of Notice of Removal of a Civil Action has been made by mailing and faxing copies thereof to:

Matthew Mazur
Public Defender Service
633 Indiana Ave., N.W.
Washington, DC  20004
824-2548
fax: 824-2668

and

Barbara Chesser
Assistant Attorney General
  for the District of Columbia
Juvenile Section
441 4th Street 450 North
Washington, DC  20001
727-3500
fax: 727-3745

on this 18th day of January, 2007.

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.,
Civil Division
Washington, DC  20530
(202) 514-7230