UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re Subpoena in | : | |
| | : | |
| In Re M.F. | : | 07-MS-23 (RMU) |
| | : | |
| _____ | : | |

## M.F.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE UNITED STATES MARSHALS' SERVICE MOTION TO QUASH

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, M.F. respectfully requests a one-week enlargement of time (to February 5, 2007) to respond to the United States Marshals Service (USMS) Motion to Quash M.F.'s subpoena to the USMS. The USMS, through its counsel, the Civil Division of the United States Attorneys Office, filed and served its Motion to Quash by facsimile on M.F. on January 18, 2007. Accordingly, pursuant to Rule 7(b) of the Local Rules of the United States District Court for the District of Columbia, M.F.'s Opposition to the USMS' motion is due on Monday January 29. By granting this motion, the Court will not affect any existing deadlines in this case, because no such deadlines exist.

Undersigned counsel has contacted counsel for the USMS and was informed that the USMS consents to the relief requested herein. The USMS has asked only that the Court permit the USMS to file any Reply in Support of its Motion to Quash on or by February 16, 2007. M.F. consents to this request.

M.F. seeks an enlargement of time because M.F. and the USMS have been engaged in negotiations about the possibility of resolving the instant subpoena matter short of litigation. M.F. seeks additional time both to explore that possibility, and to preserve his ability to seek legal redress if the parties are unable to resolve this matter

through a settlement. This is the first enlargement of time M.F. has sought from the Court to respond to the USMS' Motion to Quash, and, absent extraordinary circumstances, M.F. does not anticipate seeking further enlargements of time from this Court to file this pleading.

    A proposed Order consistent with this Motion is attached hereto.

Date: January 23, 2007                    Respectfully Submitted,

*/s/ Catharine Easterly*

Timothy O'Toole D.C. Bar # 469800
Catharine F. Easterly D.C. Bar # 484537
Special Litigation Division
Public Defender Service
633 Indiana Ave, NW
Washington D.C. 20004
(202) 628-1200

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Subpoena in | : |
| | : |
| In Re M.F. | : 07-MS-23 (RMU) |
| | : |
| _____ | : |

**ORDER**

This matter is before the Court on M.F.'s Motion for Enlargement of Time to Respond to United States Marshals Service's Motion to Quash. Upon consideration of this motion and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that M.F.'s Motion should be and hereby is GRANTED, and thus, M.F. shall have up to and including February 5, 2007 to file his opposition to USMS' Motion to Quash.

ORDERED that the USMS shall have up to and including February 16, 2007 to file any Reply in support of its Motion to Quash.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE