UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re Subpoena in | : | |
| | : | |
| In Re M.F. | : | 07-MS-23 (RMU) |
| | : | |
| _____ | : | |

M.F.'S UNOPPOSED MOTION TO DISMISS
THE UNITED STATES MARSHALS SERVICE'S MOTION TO QUASH

Pursuant to Federal Rule of Civil Procedure 12(b)(1), M.F. respectfully moves to dismiss without prejudice the United States Marshals Service's (USMS) Motion to Quash M.F.'s D.C. Superior Court subpoena to the USMS. There is currently no live controversy for this Court to resolve, and thus no subject matter jurisdiction, because the subpoena which the USMS seeks to challenge has expired. The subpoena was issued on January 17, 2007 for a now-completed pre-trial criminal proceeding in D.C. Superior Court held on January 18, 2007 – a proceeding at which M.F. prevailed, so that there is nothing additional for M.F. to gain from seeking to enforce his subpoena at this time. Because M.F. is not currently seeking enforcement of the now-expired subpoena there is nothing to quash, and the Court accordingly cannot grant any meaningful relief to either party.

This issue might be capable of repetition in this case, but it would not evade review so as to warrant litigation at this time under an exception to the mootness doctrine. *See generally Honig v. Doe*, 484 U.S. 305, 317-18 (1988). If, prior to any future D.C. Superior Court trial proceeding, the parties are not able to negotiate successfully to afford M.F. meaningful access to any documents in the USMS' possession that are necessary to

M.F.'s defense, M.F. will then once again subpoena these documents from the USMS, the USMS can move to quash that live subpoena, and the parties can litigate this matter at that time before this Court. *See* United States District Court for the District of Columbia LCvR 40.5(a)(4) (related case rule). Indeed, this would be the far better course, because then the parties will then be able to litigate the issue on a concrete record.

Undersigned counsel has contacted counsel for the USMS and has been informed that the USMS does not oppose the relief requested herein.

A proposed Order consistent with this Motion is attached hereto.

Date:   February 5, 2007                    Respectfully Submitted,

                                            _____
                                            Timothy O'Toole D.C. Bar # 469800

                                            _____
                                            Catharine F. Easterly D.C. Bar # 484537
                                            Special Litigation Division
                                            Public Defender Service
                                            633 Indiana Ave, NW
                                            Washington D.C. 20004
                                            (202) 628-1200

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Subpoena in | : |
| | : |
| In Re M.F. | :   07-MS-23 (RMU) |
| | : |
| _____ | : |

## ORDER

This matter is before the Court on M.F.'s Motion to Dismiss the United States Marshals Service's Motion to Quash. Upon consideration of this motion and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that the above-captioned case be dismissed without prejudice.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

3