UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re Subpoena in        :
                         :
In Re M.F.               :    07-MS-23 (RMU)
                         :
_____:

**FILED**

APR 9 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

This matter is before the Court on M.F.'s Motion to Dismiss the United States Marshals Service's Motion to Quash. Upon consideration of this motion and the entire record herein, it is this 9th day of April, 2007,

ORDERED that the above-captioned case be dismissed without prejudice.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE