UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re Subpoena in _____ )
                                  )
      In Re M.F.,                 )
                                  )
                                  ) Misc. Nos. 07-23 RMU & 07-153 HHK
                                  )
_____ )

NOTICE OF RELATED CASES

The United States Marshals Service ("USMS") and its
Custodian or Records, through undersigned counsel, hereby provide
notice that the above cases are related within the meaning of
Local Civ. Rule 40.5.  An earlier subpoena to the Custodian or
Records of the USMS was issued in January 2007, and was removed
to this Court and assigned Misc. No. 07-23 RMU.  That matter was
dismissed without prejudice on April 9, 2007.  This removed
action involves a subpoena issued in the same matter for the same
materials to the same party, and is therefore related to Misc.
No. 07-23 RMU, within the meaning of Local Civ. R. 40.5(a)(4)
("Additionally, cases whether criminal or civil, including
miscellaneous, shall be deemed related where a case is dismissed,
with prejudice or without, and a second case is filed involving
the same parties and relating to the same subject matter.")

WHEREFORE, the USMS requests that Misc. No. 07-153 HHK be reassigned to Judge Ricardo M. Urbina as it is related to Misc. No. 07-23 RMU.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Notice Of

Related Cases has been made by mailing copies thereof to:

Matthew Mazur
Public Defender Service
633 Indiana Ave., N.W.
Washington, DC  20004

and

Barbara Chesser
Assistant Attorney General
  for the District of Columbia
Juvenile Section
441 4th Street 450 North
Washington, DC  20001


on this 20th day of April, 2007.



W. MARK NEBEKER
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230